UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.
DWIGHT JENKINS

Criminal No. 01-10209-RWZ

Attorney: E. Peter Parker, Esq.

## JUDGMENT IN A CRIMINAL CASE

__XX__    The Defendant Pleaded guilty to count(s):. 1 & 2

Accordingly, the defendant is adjudged guilty of such count(s), which involved the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18 USC §1344(2) | Bank Fraud Aiding & Abetting | 5/19/01 | 1 |
| 18 USC §513(a) | Possession & Uttering Counterfeit and Forged Securities | 5/19/01 | 2 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall pay a special assessment of **$200** for count(s) 1 & 2 which shall be due immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessment imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. 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

Defendant's Date of Birth: 10/15/71

Defendant's Mailing Address: Wyatt Detention Facility
950 High Street
Central Falls, RI 02863
Defendant's Residence Address:  SAME AS ABOVE
U.S. MARSHAL NO.: 23699-038

10/29/01
Date of Imposition of Judgment

_____
U.S. District Judge

Dated: 11/6/01



DEFENDANT: DWIGHT JENKINS                                                     PAGE 2 OF 4
CRIMINAL NO.:-01-10209-RWZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **12 months.**

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

**XX**   The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

\_\_\_\_ As notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ TO _____

AT_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

BY:_____
         Deputy U. S. Marshal

DEFENDANT: DWIGHT JENKINS                                           PAGE 3 OF 4
CRIMINAL NO.:01-10209-RWZ

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __5 YEARS__.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the bureau of prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Probation officer..

_____ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (check if applicable.)

__XX__ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (check if applicable)

_____ If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the criminal monetary penalties section of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set farther below) The defendant shall also comply with the additional conditions on the attached page (if indicated below)
    __XX__ **see special conditions page 3.01**

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without permission of the court or probation officer;
2. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: DWIGHT JENKINS                                          PAGE 3.01
CRIMINAL NO.:01-10209-RWZ

## SPECIAL CONDITIONS OF SUPERVISED RELEASE
(check all that apply)

__XX__   The defendant is prohibited from *possessing a firearm* or other dangerous weapon.

_____    The defendant is to pay the balance of the *restitution* according to a court ordered repayment schedule.

____     The defendant is to pay the balance of the *fine* according to a court ordered repayment schedule.

____     The defendant is prohibited from *incurring new credit* charges or opening additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

__XX__   The defendant is to provide the probation officer access to any requested *financial information*.

_____    The defendant is to serve _____ months in *home detention*, *(either)* with electronic monitoring and pay a fee of $4.97 for each day under electronic monitoring.

____     The defendant is to reside for a period of _____ months in a *community corrections center* and shall observe the rules of that facility.

__XX__   The defendant is to participate in a program for *substance abuse* as directed by the United States Probation Office, which program may include testing to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

__XX__   The defendant shall use his true name and will be prohibited from the use of any aliases, false dates of birth, social security numbers, places of birth, or any other pertinent, incorrect identifying information.

_____    The defendant is to participate in a *mental health* program as directed by the United States Probation Office.

____     If ordered *deported*, the defendant is to leave the United States and is not to return without prior permission of the United States Attorney General.

___      The defendant is to complete _____ hours of *community service* at an agency approved by the probation officer.

____     The defendant is to meet with the *Internal Revenue Service* within the first _____ days of the period of supervision in order to determine the prior tax liability and is to file tax returns and pay any future taxes due.